David Kasell, Esq.
SADIS & GOLDBERG LLC
551 Fifth Avenue
21st Floor
New York, NY 10176
(212) 947-3793

Attorney(s) for    Linda Odegaard

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Plaintiff: Linda Odegaard | Case No: 07CV7572 |
| Defendant: Midland Credit Management, Inc., et al | PROOF OF SERVICE |

1. At the time of service I was at least 18 years of age and not a party to this action, and I served copies of the:

    SUMMONS; COMPLAINT

2. a. Party served:    Midland Credit Management, Inc.
   b. Person served:    Tracy Sheldon, Receptionist
   c. Place of Service:    8875 Aero Drive, Suite 200
        San Diego, CA 92123
        {Business}

3. I served the party named in item 2
   a. By personally delivering copies to the person served.
      (1) on:    10/03/07
      (2) at:    3:30 p.m.

4. Person serving:
Kevin Veasley
CALEXPRESS
917 West Grape Street
San Diego, CA 92101
(619) 685-1122

   a. Fee for Service: $ 60.00
   e. Exempt from registration under Bus. & Prof. Code 22350(b)

5. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:    October 4, 2007        Signature:   /s/ Kevin Veasley

PROOF OF SERVICE

# ACKNOWLEDGMENT

State of California
County of San Diego

On 10/10/2007 before me, Linda Beran, Notary Public,
(here insert name and title of the officer)

personally appeared Kevin Veasley,

~~personally known to me~~ (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/~~are~~ subscribed to the within instrument and acknowledged to me that he/~~she/they~~ executed the same in his/~~her/their~~ authorized capacity(~~ies~~), and that by his/~~her/their~~ signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

Signature *Linda Beran*

LINDA BERAN
COMM. #1573088
Notary Public · California
San Diego County
My Comm. Expires Apr. 26, 2009

(Seal)