David Kasell, Esq.
SADIS & GOLDBERG LLC
551 Fifth Avenue
21st Floor
New York, NY 10176
(212) 947-3793

Attorney(s) for     Linda Odegaard

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Plaintiff:   Linda Odegaard                                Case No:   07CV7572

Defendant: Midland Credit Management, Inc., et al          PROOF OF SERVICE

1. At the time of service I was at least 18 years of age and not a party to this action, and I served copies of the:

    SUMMONS; COMPLAINT

2. a. Party served:     Midland Funding, LLC
   b. Person served:    Tracy Sheldon, Receptionist
   c. Place of Service: 8875 Aero Drive, Suite 200
                        San Diego, CA 92123
                                {Business}

3. I served the party named in item 2
   a. By personally delivering copies to the person served.
      (1) on:   10/03/07
      (2) at:   3:30 p.m.

4. Person serving:                                         a. Fee for Service: $ 30.00
   Kevin Veasley                                           e. Exempt from registration under
   CALEXPRESS                                                 Bus. & Prof. Code 22350(b)
   917 West Grape Street
   San Diego, CA  92101
   (619) 685-1122

5. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:   October 4, 2007                          Signature: _Kevin Veasley_

PROOF OF SERVICE

# ACKNOWLEDGMENT

State of California
County of San Diego

On 10/10/2007 before me, Linda Beran, Notary Public,
(here insert name and title of the officer)

personally appeared KEVIN VEASLEY,

~~personally known to me~~ (or proved to me on the basis of satisfactory evidence) to be the person(~~s~~) whose name(~~s~~) is/~~are~~ subscribed to the within instrument and acknowledged to me that he/~~she/they~~ executed the same in his/~~her/their~~ authorized capacity(~~ies~~), and that by his/~~her/their~~ signature(~~s~~) on the instrument the person(~~s~~), or the entity upon behalf of which the person(~~s~~) acted, executed the instrument.

WITNESS my hand and official seal.

Signature  *Linda Beran*

LINDA BERAN
COMM. #1573088
Notary Public - California
San Diego County
My Comm. Expires Apr. 26, 2009

(Seal)