UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LINDA ODEGAARD,

                      Plaintiff(s),

-against-

MIDLAND CREDIT MANAGEMENT, INC., ET AL.,
                      Defendant(s),

INDEX NO: 07-CV 7572
(CASE NO.)

AFFIDAVIT OF
SERVICE

Nassau County, New York State: **JOHN CLEERE**
Being sworn says: Deponent is not a party herein, is over 18 years of age and resides in
**NEW YORK STATE**
On **OCTOBER 10, 2007** at **2:00 PM** at **199 CROSSWAYS PARK DRIVE WOODBURY, NY 11797**
Deponent served the within **SUMMONS AND COMPLAINT AND DEMAND FOR JURY TRIAL**
On which were set forth the Index No. herein,
On **COHEN & SLAMOWITZ, LLP**

**Corporation**
{XXX}

by delivering a true copy of each to **DEE VITABILI**
personally, deponent knew said corporation so served to be the corporation, described in same and knew said recipient to be **AUTHORIZED** thereof to accept.

**Description**
{XXX}

Sex: FEMALE   Color/Skin: WHITE   Hair: BROWN   Age (approx): 25-30 yrs
Height (approx): 5'4"-5'6"   Weight (approx): 120-130 LBS   Other:

**Military**
**Service**
{XXX}

I asked the person to whether recipient was in active military service of the United States or the State of New York in any capacity whatever and received a negative reply. Recipient wore civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversations and observations above narrated.

Sworn to before me on OCTOBER 11, 2007

MARY P. VETTER
Notary Public, State of New York
No. 01VE6122612
Qualified in Queens County
Commission Expires: February 14, 2009

_____
JOHN CLEERE
PROCESS SERVER