

**SadisGoldberg LLP**
ATTORNEYS AT LAW

551 Fifth Avenue, 21st Floor
New York, New York 10176
T: (212) 947-3793
F: (212) 947-3796

50 California Street, Suite 2320
San Francisco, California
94111
T: (415) 490-0561
F: (415) 391-1377



RECEIVED NOV 28 2007 CHAMBERS OF DENISE COTE

## MEMO ENDORSED

November 27, 2007

VIA FEDERAL EXPRESS OVERNIGHT
Honorable Denise L. Cote
United States District Court, Southern District
500 Pearl Street, Room 1040
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-29-07

Re:  Odegaard v. Midland Credit et. al.
     07-CV-7572

Your Honor:

Please be advised that the parties to the above entitled matter are circulating a settlement agreement for execution. It is with that in mind that we respectfully request an adjournment of the November 30, 2007, conference until December 27, 2007, to allow such time for all parties to execute the settlement agreement. Please also note that this is the first time such request is being made.

*Conference is adjourned to January 18, 2008 at 9:30 am.*
*Denise Cote*
*November 28, 2007*

Respectfully submitted,

David Kasell, Esq.

cc:  London Meservy, Esq.
     8875 Aero Drive, Suite 200
     San Diego California 92123

     Michael G. Mc Auliffe, Esq.
     48 South Service Road, Suite 102
     Melville, NY 11747



RECEIVED NOV 28 2007 CHAMBERS OF DENISE COTE