UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
LINDA ODEGAARD

         Plaintiff,    Case No: 07-CV-7572(DLC)

v.

                **Stipulation of Dismissal**

MIDLAND CREDIT MANAGEMENT, INC.,
MIDLAND FUNDING, LLC., COHEN &
SLAMOWITZ, LLP.
         Defendants.
-----------------------------------------------------------X

  PLEASE TAKE NOTICE that the parties, through their respective attorneys, do hereby stipulate that this matter be dismissed with prejudice.

Dated: Woodbury, New York
   January 2, 2008

_____
Sadis & Goldberg, LLC
By: David Kasell, Esq.
Attorneys for Plaintiff

_____
Midland Credit Management, Inc.
By: London Meservy, Esq.
Defendant

_____
Midland Funding, LLC.
By: London Meservy, Esq.
Defendant

_____
Cohen & Slamowitz, LLP
By: David A. Cohen, Esq.
Defendant

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/9/08

So Ordered:

_____
January 9, 2008